# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBERT JOSEPH BROWN, JR., <br><br> Petitioner, <br><br> v. <br><br> S.A. HOLENCIK, Warden, <br><br> Respondent. | Case No. CV 10-4584-JFW (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 10/26/11

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE